UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CARLA YOUNG and JERRY YOUNG | ) | |
| | ) | |
| v. | ) | No. 3:18-cv-0257 |
| | ) | |
| CHRISTY BRINKLEY SKINCARE, LLC; | ) | |
| SKINNOIR; and PUSH INNOVATIONS, | ) | |
| INC. | ) | |

## ORDER

Magistrate Judge Holmes has entered a Report and Recommendation (Doc. No. 9) to which no objections have been filed. Having reviewed the matter, the Court agrees with the recommendation under Rules 16(b) and 41(b) of the Federal Rules of Civil Procedure because Plaintiffs have failed to (1) prosecute this action; (2) attend the mandatory initial case management conference; and (3) comply with Judge Holmes' Show Cause Order (Doc. No. 7). Accordingly, the Report and Recommendation (Doc. No. 9) is **ACCEPTED** and **APPROVED** and this action is hereby **DISMISSED**.

The Clerk of the Court shall enter final judgment and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE